

# SIGNAL LAKE

606 Post Road East, Suite 667
Westport CT 06880
http://signallake.com/

15 May 2013

To Whom It May Concern:

I am the escrow agent for Signal Lake FireChill LLC. This entity is ready, willing and able to fund FireChill Inc, an airconditioning and heating equipment business. A total of US$20,000,000 have been reserved for financing FireChill Inc

Yours truly,

Barton W. Stuck

Managing Member, Signal Lake General Partner LLC

Managing Member, Signal Lake FireChill LLC

MARK A. OWENBY

ESCROW AGENT, SIGNAL LAKE GENERAL PARTNER LLC