# ABN·AMRO

DATE: MAY 29TH, 2012.

FROM: ABN-AMRO BANK, AMSTERDAM, N.V.
GUSTAV MAHLERLAAN 10, 1082 PP, AMSTERDAM, NETHERLANDS.

TO: MARK ANTHONY COMPANIES, INC.
ATT.: MR. MARK ANTHONY OWENBY, UNITED STATES OF AMERICA PASSPORT NUMBER 486340338.

REF.: STATEMENT OF ORIGIN AND HISTORY OF FUNDS.
ACCOUNT NUMBER: 00162948355325875163
ID 4360 – T.R.N. 76130 – €5,000,000,000.00

WE, ABN-AMRO BANK, AMSTERDAM, N.V. ADDRESSED AT GUSTAV MAHLERLAAN 10, 1082 PP, AMSTERDAM, NETHERLANDS, AS PER YOUR REQUEST AND INSTRUCTIONS, HEREBY CONFIRM, WITH FULL BANK RESPONSIBILITY, THAT OUR CLIENT MARK ANTHONY COMPANIES, INC., REPRESENTED BY MR. MARK ANTHONY OWENBY, UNITED STATES OF AMERICA PASSPORT NUMBER 486340338, WHO IS THE SOLE AUTHORIZED SIGNATORY ON THIS ACCOUNT, HAS ON DEPOSIT IN OUR BANK CASH FUNDS FOR A TOTAL AMOUNT OF €5,000,000,000.00 (FIVE BILLION EUROS) IN THE ABOVE REFERENCED ACCOUNT.

FURTHER, WE CONFIRM THAT THESE FUNDS ARE GOOD, CLEAN, CLEAR AND FREE OF ANY LIENS OR ENCUMBRANCES, AND THE RULE OF FULL DISCLOSURE HAS ESTABLISHED THAT THESE FUNDS WERE LEGALLY OBTAINED FROM NON-CRIMINAL BUSINESS ACTIVITIES; AND ARE IN FULL COMPLIANCE WITH INTERNATIONAL BANKING REQUIREMENTS OF THE PATRIOT ACT AND MONEY LAUNDERING REGULATIONS.

WE, FURTHER CONFIRM, WITH FULL BANK RESPONSIBILITY, THAT HISTORY OF THE FUNDS MENTIONED ABOVE IS SUMMARIZED AS FOLLOWS:

1. SINCE YEAR 2007, A JOINT AFFILIATION BETWEEN ROSABRANCA INTERNATIONAL CORPORATION AND MARK ANTHONY COMPANIES INCORPORATED, ESTABLISHED THAT BOTH PARTIES WERE READY, WILLING AND ABLE TO UNDERTAKE THE FUNDING OF NUMEROUS HUMANITARIAN AND ENTREPRENEURIAL PROJECTS, AND AS A RESULT ROSABRANCA INTERNATIONAL CORPORATION FURNISHED THE CASH BACKED PROOF OF FUNDS THAT UNDERWRITE THESE PROJECTS, AS A COMPENSATION EARNED BY MARK ANTHONY COMPANIES INCORPORATED FOR MANAGING BOTH ROSABRANCA INTERNATIONAL CORPORATION AND MARK ANTHONY COMPANIES INCORPORATED PROJECTS.

2. THE AFFILIATION OF THESE TWO SPONSORS HAS BEEN A WORK IN PROGRESS FOR MORE THAN FIVE YEARS, AND DOES NOT MEAN IN ANY WAY THAT THE FUNDS EARNED AND TRANSFERRED TO MARK ANTHONY COMPANIES INCORPORATED ARE CO-MINGLED OR LEASED ONES; BUT, ON THE CONTRARY, ARE A RESULT OF A SUCCESSFUL AFFILIATION, BY WHICH MARK ANTHONY COMPANIES INCORPORATED HAS BECOME THE BONA-FIDE OWNER OF THE FUNDS WITH ALL THE RIGHTS FOR THEIR UTILIZATION.

3. ROSABRANCA INTERNATIONAL CORPORATION FUNDS WERE DEPOSITED AT ABN AMRO BANK, AMSTERDAM, N.V. SINCE MARCH 1998, AND THEY WERE INITIALLY THE RESULT OF OIL BEARING RIGHTS CONTRACTS GRANTED BY THE VENEZUELAN GOVERNMENT TO ROSABRANCA INTERNATIONAL CORPORATION AND ASSOCIATES. THESE CONTRACTS ARE EXECUTED AND STAMPED BY THE CORRESPONDING GOVERNMENTAL AUTHORITIES AND ARE INCLUDED IN ROSABRANCA INTERNATIONAL CORPORATION PRIVATE DOSSIER AT ABN AMRO BANK, AMSTERDAM, N.V.



# ABN·AMRO

4. ROSABRANCA INTERNATIONAL CORPORATION HAS DECIDED TO UTILIZE ITS RESOURCES IN THE FUNDING OF RELEVANT HUMANITARIAN AND ENTREPRENEURIAL PROJECTS, WHICH HAVE BEEN INTRODUCED TO THEM BY AFFILIATED INDIVIDUALS AND FIRMS, SUCH AS MARK ANTHONY COMPANIES INCORPORATED IN ORDER TO ACCOMPLISH TOGETHER SEVERAL TYPES OF FINANCIAL TRANSACTIONS.

5. TRANSFER VOUCHERS OF FUNDS FROM ROSABRANCA INTERNATIONAL CORPORATION TO MARK ANTHONY COMPANIES INCORPORATED, ARE INCLUDED IN A PRIVATE JOINT DOSSIER AT ABN AMRO BANK, AMSTERDAM, N.V. SINCE FOUR YEARS AGO, AND ARE PART OF THEIR PRIVATE AGREEMENT.

6. WE ALSO CONFIRM THAT ROSABRANCA INTERNATIONAL CORPORATION IS TOTALLY AWARE THAT MARK ANTHONY COMPANIES INCORPORATED HAS DECIDED TO MAKE DIFFERENT INVESTMENTS, SUCH AS, TO ENTER INTO PRIVATE PLACEMENT PROGRAMS AMONG OTHERS, AND CONFIRMS THAT MARK ANTHONY COMPANIES INCORPORATED IS TOTALLY FREE TO MAKE ANY INVESTMENT THEY MAY DECIDE, AS WELL AS TO COLLECT ALL THE EARNINGS DERIVED FROM ANY OF THOSE INVESTMENTS.

7. MR. MARK ANTHONY OWENBY, UNITED STATES OF AMERICA PASSPORT NUMBER 486340338, AS THE LEGAL REPRESENTATIVE AND SIGNATORY OF THE ABOVE REFERENCED ACCOUNT, HAS FULL AUTHORITY TO MAKE INVESTMENTS AS WELL AS TO RECEIVE EACH AND ALL DISBURSEMENTS OF PAYMENT FROM ALL OF THEM.

FINALLY, WE CONFIRM THAT THESE FUNDS AND THIS COMMUNICATION MAY BE CONFIRMED THROUGH DTC/EUROCLEAR INTER-BANKING SCREENS ONLY ON BANK TO BANK BASIS.

A SCANNED COPY OF THIS LETTER, SENT VIA E-MAIL IS DEEMED AS ORIGINAL.

BANK OFFICERS:

**WIETZE REEHOORN**
ABNA34337952/
CHIEF RISK OFFICER RESPONSIBLE
FOR RISK MANAGEMENT & STRATEGY
WIETZE REEHOORN / ABNA34337952

**CHRIS VOGELZANG**
87349023/
RETAIL AND PRIVATE BANKING
CHRIS VOGELZANG 87349023


